J. LESTER KINNEY, Respondent, *v.* FREDERICK J. LISMAN et al., Copartners under the Firm Name of F. J. LISMAN & COMPANY, Appellants.

(Argued June 1, 1934; decided July 3, 1934.)

*William D. Whitney, Thomas T. Cooke* and *Hugh A. Fulton* for appellants.

*Frank G. Raichle* and *J. C. Randal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. CRANE and LEHMAN, JJ., dissent on the ground there is no evidence of payment of an unlawful commission.